UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
                                                   :
           -v-                                     :
                                                   :                13 Cr. 362 (JPC)
CRAIG MCPHERSON,                                   :
                                                   :                    ORDER
                       Defendant.                  :
                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

   The Government shall respond to Defendant's motion for a sentence reduction, Dkt. 120, by February 20, 2023. Defendant shall file any reply by March 20, 2023.

   The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.

   SO ORDERED.

Dated: January 20, 2023
       New York, New York

                                             _____
                                                    JOHN P. CRONAN
                                             United States District Judge